Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL HAMMOND, individually and on behalf of all others similarly situated, <br> Plaintiff, <br><br> vs. <br><br> WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 2:19-cv-01234 <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

///

///

1
2   **NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of
3
4   Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without
5   prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a
6   motion for summary judgment. Accordingly, this matter may be dismissed
7
8   without prejudice and without an Order of the Court.
9   Respectfully submitted this 20th Day of February, 2019.
10
11
12                          By: /s/Todd M. Friedman Esq.
                                Todd M. Friedman
13                              Attorney For Plaintiff
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Filed electronically on February 20, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on February 20, 2019, to:

To the Honorable Court, all parties and their Counsel of Record

/s/ Todd M. Friedman
  Todd M. Friedman